Nathan E. Carr (025034)
Lawrence "D" Pew (024507)
**CARR & PEW, PLLC**
1830 S. Alma School Rd., Suite 104
Mesa, AZ 85210
Phone: (480) 355-4246
Fax: (480) 355-4272
Email: ncarr@carrlawaz.com
Attorneys for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| In re: | In Proceedings Under |
| Sean P. Lockwood and Doreen G. Lockwood, | Chapter: 7 |
| Debtors. | Case No: 2:08-bk-20802-GBN |
| Wells Fargo Bank, N.A. Movant, | **OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| vs. | RE: Real Property Located at 10538 E. Dragoon Avenue Mesa, AZ 85208 |
| Sean P. Lockwood and Doreen G. Lockwood, Debtors; Diane M. Mann, Trustee, Respondents. | |

**COMES NOW** the Debtors, by and through counsel undersigned, and hereby object to the lift stay motion filed by Movant for the reasons stated herein:

1. The Debtors acknowledge the requirement to bring payments due and owing current at the earliest possible time or in the alternative negotiate a modification.

2. The Debtors are in the process of loss mitigation to modify the terms of their loan and have been in contact with Movant's Counsel and with Movant to explain this situation. Movant is aware that Debtor's are in a loan modification, pursuant to phone conversations with agents/employees at Wells Fargo. Debtors have been current on the trial payment and now are to make payments on the loan modification amount, nothing in the documents provided to Debtor's Counsel allege that a filing of a bankruptcy will negate the loan modification agreement.
3. The subject property is necessary to an effective reorganization of the Debtors.
4. The Debtors are confident that an Adequate Protection Order can be had between the parties and that assurance of future payments can be provided to Movant.

**CARR & PEW, PLLC**

By: /s/ NEC (025034)
    Nathan E. Carr
    1830 S. Alma School Rd., Ste. 104
    Mesa, AZ 85210
    Attorney for Debtors

Copy of the foregoing mailed on
the 30th day of September 2009 to:

Diane M. Mann
**Chapter 7 Trustee**
29834 Cave Creek Rd., #118-274
Cave Creek, Arizona 85331

U. S. Trustee
**Office of the U.S. Trustee**
230 North First Avenue
Suite #204
Phoenix, Arizona 85003

Mark S. Bosco
Leonard J. McDonald
**TIFFANY & BOSCO, P.A.**

2

| | |
|---|---|
| 1 | 2525 East Camelback Road |
| | Suite 300 |
| 2 | Phoenix, Arizona 85016 |
| | Attorneys for Movant |
| 3 | |
| 4 | Debtors |
| | Sean P. and Doreen G. Lockwood |
| 5 | 10538 E. Dragoon Avenue |
| | Mesa, Arizona 85208 |
| 6 | |
| | / / / |
| 7 | USAA Federal Savings Bank |
| | 10740 McDermott Freeway |
| 8 | San Antonio, Texas 78288 |
| 9 | |
| | Arizona Department of Revenue |
| 10 | **Special Operations Section** |
| | 1600 W. Monroe, Room 720 |
| 11 | Phoenix, Arizona 85007 |
| 12 | |
| | By: /s/ NEC (025034) |
| 13 | Nathan E. Carr |